**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Tasha M. Bradt*
*Assistant United States Attorney*
*Deputy Chief, Civil Division*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Tasha.Bradt@usdoj.gov*

*main:* *(973) 645-2700*
*direct:* *(609) 858-0305*

October 26, 2026

**BY ECF**
Honorable Robert Kirsch, U.S.D.J.
United States District Court
Clarkson S. Fisher Bldg.
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *De Paz Diaz v. Venturella, et al.*, No. 26-13870 (RK)**
**Petitioner's Release**

Dear Judge Kirsch:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office that Petitioner was released from custody at 12:25 a.m. on October 24, 2026 under the same conditions that existed prior to detention. ICE further advised this Office that, to the best of its knowledge, Petitioner's property has been returned to Petitioner. ICE will verify whether any property remains outstanding and, if so, will make arrangements to locate and release return it to Petitioner. If ICE subsequently informs us that any property is lost or not returned, we will meet and confer with Petitioner's counsel on how to quickly resolve the issue without the need for judicial intervention. If attempts to meet and confer fail, we will promptly file a letter on the docket.

We therefore respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** 10/27/26

By: *s/ Tasha M. Bradt*______
TASHA M. BRADT
Assistant United States Attorney
Deputy Chief, Civil Division
*Attorneys for the Respondents*

cc: Counsel of Record (by ECF)